## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DORIS A. NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:11-CV-846 |
| | ) | |
| SIRVA, INC. and | ) | |
| PAIGE PERSONNEL SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Sarah W. Cudahy respectfully requests leave to withdraw her appearance on behalf of Defendant SIRVA, Inc. Defendant will continue to be represented by Kathleen M. Anderson and John F. Kuenstler of Barnes & Thornburg LLP. Accordingly, Defendant's rights will not be prejudiced by this withdrawal of appearance.

WHEREFORE, the undersigned counsel respectfully requests that the Court grant the Motion for Leave to Withdraw Appearance in the above-captioned matter.

Respectfully submitted,

*s/ Sarah W. Cudahy*
Sarah W. Cudahy
**BARNES & THORNBURG LLP**
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone:     (312) 357-1313
Facsimile:     (312) 759-5646
E-Mail:     sarah.cudahy@btlaw.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Steven T. Mann, Esquire
> John P. Milroy, Esquire
> Law Office of Steven T. Mann
> 32114 Village Green Boulevard
> Warrenville, IL 60555
>
> Sam Schwartz-Fenwick, Esquire
> Natascha B. Riesco, Esquire
> SEYFARTH SHAW LLP
> 131 South Dearborn, Suite 2400
> Chicago, IL 60603

> *s/ Sarah W. Cudahy*
> Sarah W. Cudahy

CHDS01 SCUDAHY 728332v1

2