IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DORIS A. NELSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SIRVA, INC. and ) <br> PAIGE PERSONNEL SERVICES, ) <br> ) <br> Defendants. ) | Case No. 1:11-CV-846 |

## NOTICE OF MOTION

To: Steven T. Mann, Esquire
John P. Milroy, Esquire
Law Office of Steven T. Mann
32114 Village Green Boulevard
Warrenville, IL 60555

Sam Schwartz-Fenwick, Esquire
Natascha B. Riesco, Esquire
SEYFARTH SHAW LLP
131 South Dearborn, Suite 2400
Chicago, IL 60603

**PLEASE TAKE NOTICE** that on December 20, 2011 at 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before Judge Joan Humphrey Lefkow, and present Defendant's Motion for Leave to Withdraw Appearance, a copy of which is attached hereto and hereby served upon you.

Dated: December 15, 2011        SIRVA, INC.

                                By:  *s/Sarah W. Cudahy*
                                     One of Their Attorneys

Sarah W. Cudahy
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
(312) 357-1313
(312) 759-5646 (fax)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 15, 2011, a copy of the foregoing Notice of Motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Steven T. Mann, Esquire
>John P. Milroy, Esquire
>Law Office of Steven T. Mann
>32114 Village Green Boulevard
>Warrenville, IL 60555
>
>Sam Schwartz-Fenwick, Esquire
>Natascha B. Riesco, Esquire
>SEYFARTH SHAW LLP
>131 South Dearborn, Suite 2400
>Chicago, IL 60603

*/s/ Sarah W. Cudahy*